# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN C. RAFFERTY | : | |
| Plaintiff, | : | NO. 2:18-cv-00688 |
| v. | : | |
| JANE DONZE, ET AL. | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Kindly enter the appearance of Matthew B. Weisberg, Esquire, as co-counsel, on behalf of Plaintiff, Sean C. Rafferty, in regards to the above-captioned matter.

                                                  **WEISBERG LAW**

                                                  /s/ Matthew B. Weisberg
                                                  Matthew B. Weisberg, Esquire
                                                  PA Attorney ID #: 85570
                                                  7 S. Morton Avenue
                                                  Morton, PA 19070
                                                  (610) 690-0801
                                                  (610) 690-0880 – Fax
                                                  mweisberg@weisberglawoffices.com
                                                  *Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN C. RAFFERTY | : | |
| Plaintiff, | : | NO. 2:18-cv-00688 |
| v. | : | |
| JANE DONZE, ET AL. | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 27th day of February, 2018, a true and correct copy of the foregoing Notice of Appearance was served via ECF and regular mail upon all unrepresented parties.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
PA Attorney ID #: 85570
7 S. Morton Avenue
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax
mweisberg@weisberglawoffices.com
*Attorney for Plaintiffs*